THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MANCINO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE RYAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BELLA MANCINO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALLY LISTER, Appellant.— Appeal by defendants from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting them of the crime of petit larceny. Judgment unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN WARNBRAND, Appellant.— Defendant appeals from a decision and order of the County Court, Kings County, denying a motion in the nature of *coram nobis*, whereby he sought to set aside a judgment of conviction rendered and sentence imposed after his plea of guilty to attempted arson in the third degree. Order affirmed. Appeal from decision dismissed. The record of the proceedings at the time of the withdrawal of the plea of not guilty and the entry of the plea of guilty, as well as at the time of sentence, discloses that defendant had agreed to and did personally enter the plea of guilty. Nothing in his affidavit or in the record suggests that fraud was practiced by the Trial Judge, the defendant's attorney, or the assistant district attorney. The motion was, therefore, properly denied. (*People* v. *Sadness,* 300 N. Y. 69.) Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLARD A. OVERSTREET, Appellant, against EFFIE J. CHADWICK, Respondent.— In a habeas corpus proceeding to obtain custody of two infant daughters, appellant, the children's father, appeals from an order dismissing the writ and directing that the children remain in the custody of respondent, their maternal grandmother. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.